UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**AMBER DOE**                                                                                                           **PLAINTIFF**

**v.**                                                                          **CIVIL ACTION NO.  3:25-CV-577-JHM**

**SEQUOIA CAPITAL OPERATIONS LLC**                                              **DEFENDANTS**

## ORDER

Plaintiff Amber Doe, who resides in California, filed the instant *pro se* civil action against multiple non-Kentucky Defendants.  In her complaint, Plaintiff specifically states that proper venue for this action is the Eastern District of Louisiana. She also states a substantial part of the events giving rise to her claims occurred in that District.[1]

Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  Accordingly, in the interest of justice,

**IT IS ORDERED that the instant action shall be TRANSFERRED to the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. § 1406(a) for all further proceedings**.

All further filings shall be filed with that court.  Should further filings be filed in this Court, the Clerk of Court shall transfer the filings to the Eastern District of Louisiana.

Date: September 17, 2025

*Joseph H. McKinley Jr., Senior Judge*
United States District Court

cc:    Plaintiff, *pro se*
4414.011

---

[1] Under 28 U.S.C. § 1391(b), a civil action may be brought in: (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.